THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00252-MR

| | |
|---|---|
| VICTOR TIKHONOV, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE LINCOLN NATIONAL LIFE ) <br> INSURANCE COMPANY, d/b/a ) <br> LINCOLN FINANCIAL GROUP, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney William Kyle Dillard as counsel *pro hac vice*. [Doc. 12]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 12] is **ALLOWED**, and William Kyle Dillard is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: December 1, 2020

Martin Reidinger
Chief United States District Judge